

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00160-CV

| | | |
|---|---|---|
| TERESA MARIE SHIELD, MATTHEW WILSON, AND ROBERT HECK, Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-311669-19) |
| v. | § | July 21, 2022 |
| BIO-SYNTHESIS, INC., DNA TESTING CENTRE, INC., AND RITA CHEN, PH.D., Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that granted summary judgment to Appellees Bio-Synthesis, Inc. and DNA Testing Centre, Inc. on Appellants' claims under the Deceptive Trade Practices Act. We reverse the remainder of the trial court's judgment, and we remand the case to the trial court for further proceedings consistent with this court's opinion.

Appellees Bio-Synthesis, Inc. and DNA Testing Centre, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack